UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CIV 08-4175 |
| Plaintiff, | \* | |
| | \* | ORDER |
| vs. | \* | |
| PHYLLIS ROGERS; RICHARD ROGERS; and TRIPLE R INDUSTRIES, INC., | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court are Motion to Intervene by Fair Housing of the Dakotas and Starla Overbee, Doc. 8, and Stipulation, Doc. 15, in which the parties have stipulated and agreed that the Court may grant the Motion to Intervene. After consideration of the file in this matter and good cause appearing,

IT IS ORDERED:

1. That the Motion to Intervene, Doc. 8, is granted.

2. That the Stipulation, Doc. 15, is approved by the Court.

3. That, by signing the Stipulation, Defendants did not waive any affirmative defenses they may assert in response to the complaint.

4. That the Plaintiff-Intervenors shall file the original Complaint as proposed.

5. That the Complaint in intervention shall be deemed served as of the date of filing.

Dated this 6th day of January, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
          Deputy